**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF CONNECTICUT

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Roy's Pools, LLC** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-2708844** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **7 Plainfield Road** **Canterbury, CT 06331** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Windham** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

| Debtor | **Roy's Pools, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

| Debtor | **Roy's Pools, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency

Contact name

Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor      **Roy's Pools, LLC**
            Name                                                              Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **Roy's Pools, LLC** | Case number (*if known*) | |
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 30, 2021**
                MM / DD / YYYY

**X** **/s/ Brian T Roy**                         **Brian T Roy**
Signature of authorized representative of debtor        Printed name

Title    **Member**

**18. Signature of attorney**

**X** **/s/ Gregory F. Arcaro, Esq.**        Date   **December 30, 2021**
Signature of attorney for debtor                      MM / DD / YYYY

**Gregory F. Arcaro, Esq.**
Printed name

**Advanced Bankruptcy Legal Services of Connecticut**
Firm name

**1 Regency Drive**
**Suite 200B**
**Bloomfield, CT 06002**
Number, Street, City, State & ZIP Code

Contact phone   **860-242-0574**        Email address   **garcaro@grafsteinlaw.com**

**(ct19781) CT**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Roy's Pools, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __**December 30, 2021**__          X **/s/ Brian T Roy**
                                                                    Signature of individual signing on behalf of debtor

                                                                    **Brian T Roy**
                                                                    Printed name

                                                                    **Member**
                                                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Roy's Pools, LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*...................................................................................... $    **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.................................................................................. $    **270,298.32**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................... $    **270,298.32**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $    **53,045.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $    **21,734.16**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$    **470,796.16**

4. **Total liabilities** ......................................................................................................
   Lines 2 + 3a + 3b       $    **545,575.32**

**Fill in this information to identify the case:**

Debtor name    **Roy's Pools, LLC**

United States Bankruptcy Court for the:    DISTRICT OF CONNECTICUT

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ■ No. Go to Part 2.
   ☐ Yes Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                    **Current value of debtor's interest**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☐ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    10,185.32    -    0.00    = ....    **$10,185.32**
                                    face amount        doubtful or uncollectible accounts

12.    **Total of Part 3.**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$10,185.32**

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

    ■ No. Go to Part 5.
    ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

Debtor    **Roy's Pools, LLC**
Name

Case number *(If known)* _____

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Cartridge Filters** **Estimated Liquidation Value** | | **$0.00** | | **$964.00** |
| **Pool Floats and Toys** **Estimated Liquidation Value** | | **$0.00** | | **$5,570.00** |
| **Bulk Items** **Estimated Liquidation Value** | | **$0.00** | | **$8,941.00** |
| **Chemicals, Test Strips, Chlorinators** **Estimated Liquidation Value** | | **$0.00** | | **$57,390.50** |
| **Liners** **Estimated Liquidation Value** | | **$0.00** | | **$9,535.00** |
| **Steps and Ladder Systems** **Estimated Liquidation Value** | | **$0.00** | | **$8,942.00** |
| **Spa Chemicals** **Estimated Liquidation Value** | | **$0.00** | | **$1,478.00** |
| **Service Goods** **Estimated Liquidation Value** | | **$0.00** | | **$1,527.00** |
| **White Goods** **Estimated Liquidation Value** | | **$0.00** | | **$8,950.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Roy's Pools, LLC**                                    Case number *(if known)* _____
     Name

**Vacuum and Accessories Estimated Liquidation Value**              $0.00                                $4,177.00

**O Rings and Gaskets Estimated Liquidation Value**                $0.00                                $768.00

**Pump & Filter Parts Estimated Liquidation Value**                $0.00                                $19,380.50

**Pool Kits Estimated Liquidation Value**                          $0.00                                $17,720.00

**Robot Rental Units Estimated Liquidation Value**                 $0.00                                $3,460.00

| 23. | **Total of Part 5.** | $148,803.00 |
|---|---|---|

Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

Debtor   **Roy's Pools, LLC**                                           Case number *(If known)*  _____
         _____
         Name

| | | |
|---|---|---|
| **Hayward Cabinet**<br>**Estimated Liquidation Value** | $0.00 | $3,225.00 |
| 40.   **Office fixtures**<br>**Canterbury Fixtures**<br>**Estimated Liquidation Value** | $0.00 | $7,284.00 |
| **Danielson Fixtures**<br>**Estimated Liquidation Value** | $0.00 | $5,649.00 |
| 41.   **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>**Maintenance Equipment**<br>**Estimated Liquidation Value** | $0.00 | $22,382.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
      books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
      collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                          | **$38,540.00** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ■ No
      ☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2020 Chevrolet Silverado 3500**<br>**Last 4 digits of VIN# 5277**<br>**Black** | $0.00 | **Appraisal** | $52,770.00 |
| 47.2.   **2006 Isuzu NRR  Box Truck**<br>**No Lien** | $0.00 | **Recent cost** | $8,000.00 |
| 47.3.   **2021 Load Trailer DT142 83x14**<br>**No Lien** | $0.00 | **Recent cost** | $12,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

Debtor      **Roy's Pools, LLC**                                    Case number *(If known)* _____
        <sub>Name</sub>

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
    floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
    machinery and equipment)**

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| $72,770.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

    ☑ No.  Go to Part 10.
    ☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**
    **Automobile Insurance policy through State Auto**
    **Insurance Companies**                                              $0.00

74. **Causes of action against third parties (whether or not a lawsuit
    has been filed)**

75. **Other contingent and unliquidated claims or causes of action of
    every nature, including counterclaims of the debtor and rights to
    set off claims**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor      **Roy's Pools, LLC**_____        Case number *(If known)* _____
                  Name

76.      **Trusts, equitable or future interests in property**

77.      **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.      **Total of Part 11.**

|  |
|---|
| **$0.00** |

Add lines 71 through 77. Copy the total to line 90.

79.      **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **Roy's Pools, LLC**                                      Case number *(If known)* _____
_____
Name

<table>
<tr><td colspan="2" style="background:black;color:white">Part 12:</td><td colspan="2">**Summary**</td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $10,185.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $148,803.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $38,540.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $72,770.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $270,298.32 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $270,298.32 |

**Fill in this information to identify the case:**

Debtor name __**Roy's Pools, LLC**__

United States Bankruptcy Court for the: __DISTRICT OF CONNECTICUT__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **GM Financial** | Describe debtor's property that is subject to a lien | **$53,045.00** | **$52,770.00** |
|---|---|---|---|---|

Creditor's Name

**Attn: President/ CEO**
**P.O. Box 183123**
**Arlington, TX 76096-3123**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**2020 Chevrolet Silverado 3500**
**Last 4 digits of VIN# 5277**
**Black**

Describe the lien
**Certificate of Title**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**6/18/2020**
**Last 4 digits of account number**
**5223**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | **$53,045.00** |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

| Fill in this information to identify the case: |
|---|

Debtor name      **Roy's Pools, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF CONNECTICUT**

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**State of Connecticut**<br>**Department of Revenue Services**<br>**Attn: Revenue Officer**<br>**450 Columbus Blvd. Ste.1**<br>**Hartford, CT 06103**<br><br>Date or dates debt was incurred<br>**7/31/2020, 02/28/2021, 04/30/2021**<br><br>Last 4 digits of account number **1001**<br><br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>**Sales & Use Tax**<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | $21,734.16 | $21,734.16 |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Ally**<br>**Attn: President/ CEO**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902**<br><br>Date(s) debt was incurred **7/23/2020**<br><br>Last 4 digits of account number **4971** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **2020 Chevrolet Silverado 3500**<br>**Last 4 Digits of VIN# 4155**<br>**Blue (Ally picked up the Truck)**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $50,112.27 |
| 3.2 | Nonpriority creditor's name and mailing address<br>**AmTrust Financial**<br>**Attn: President/CEO**<br>**800 Superior Avenue E**<br>**Cleveland, OH 44114**<br><br>Date(s) debt was incurred **4/17/2020**<br><br>Last 4 digits of account number **4763** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Worker's Comp Audit**<br><br>Is the claim subject to offset? ☑ No ☐ Yes | $6,716.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                 40461                 Best Case Bankruptcy

| Debtor | **Roy's Pools, LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.3** | Nonpriority creditor's name and mailing address
**Ashley Verhagen**
**31 Strawberry Street**
**Jewett City, CT 06351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*    **$8,552.64**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address
**Avery & Katie Marsh**
**245 Krug Road**
**Preston, CT 06365**

Date(s) debt was incurred __04/19/2021__

Last 4 digits of account number __2247__

As of the petition filing date, the claim is: *Check all that apply.*    **$4,989.94**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Baystate Pool Supplies**
**Attn: President/CEO**
**1360 Blue Hills Ave**
**Bloomfield, CT 06002**

Date(s) debt was incurred _

Last 4 digits of account number __1684__

As of the petition filing date, the claim is: *Check all that apply.*    **$24,266.15**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Becky Smith**
**43 Henry Road**
**Danielson, CT 06239**

Date(s) debt was incurred __03/06/2021__

Last 4 digits of account number __2192__

As of the petition filing date, the claim is: *Check all that apply.*    **$3,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Bernie Santore**
**749 Ocean Avenue**
**New London, CT 06320**

Date(s) debt was incurred __10/02/2020__

Last 4 digits of account number __2141__

As of the petition filing date, the claim is: *Check all that apply.*    **$6,980.18**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Bill Mason**
**58 Tourtellotte Road**
**Putnam, CT 06260**

Date(s) debt was incurred __08/28/2020__

Last 4 digits of account number __2096__

As of the petition filing date, the claim is: *Check all that apply.*    **$35,362.24**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Bob Smith**
**24 George Street**
**Plainfield, CT 06374**

Date(s) debt was incurred __03/25/2021__

Last 4 digits of account number __2211__

As of the petition filing date, the claim is: *Check all that apply.*    **$2,000.00**

☐ Contingent
■ Unliquidated
☐ Disputed

**Basis for the claim:** __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Roy's Pools, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,130.90**

**Brian & Michaela Jedele**
**245 Brooklyn Road**
**Canterbury, CT 06331**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Darlene Cunnane**
**164 Kimball Road**
**Jewett City, CT 06351**

Date(s) debt was incurred __04/05/2021__

Last 4 digits of account number __0837__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Liner Install -__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$16,334.93**

**Darlene Patton**
**593 Canterbury TPKE**
**Norwich, CT 06360**

Date(s) debt was incurred __03/12/2021__

Last 4 digits of account number __2197__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,063.60**

**Dennis Almida**
**185 Kendall Road**
**Jewett City, CT 06351**

Date(s) debt was incurred __04/07/2021__

Last 4 digits of account number __2227__

☐ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,098.46**

**Doug & Michelle Hoyt**
**2 Deer Lane**
**Ledyard, CT 06339**

Date(s) debt was incurred __08/05/2020__

Last 4 digits of account number __2074__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty Issue with Liner__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$500.00**

**Eastern CT Savings Bank**
**Attn: President/CEO**
**257 Main Street**
**Norwich, CT 06360**

Date(s) debt was incurred __10/29/2021__

Last 4 digits of account number __3379__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Overdrawn Account__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,086.69**

**Edward & Shivanie Staples**
**60 Longmeadow Drive**
**Pomfret Center, CT 06259**

Date(s) debt was incurred __08/19/2020__

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Estimated unfinished Pool/Deck Installation__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Roy's Pools, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,306.29 |
|---|---|---|---|

**Elaine Reuter**
**24 Fortin Drive**
**Brooklyn, CT 06234**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/24/2021

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  2208

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,249.40 |
|---|---|---|---|

**Elizabeth Smith**
**16 East Franklyn Street**
**Danielson, CT 06239**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/17/2021

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  2177

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,160.00 |
|---|---|---|---|

**Hall Communications, Inc.**
**Attn: President/CEO**
**40 Cuprak Rd**
**Norwich, CT 06360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  5/30/21, 4/22/21, 7/25/21

Basis for the claim:  Advertising

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,151.33 |
|---|---|---|---|

**Holly Deffley**
**449 Newport Rd**
**Oneco, CT 06373**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/5/2020

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,644.71 |
|---|---|---|---|

**Josh Jacobs**
**1 Hanson Road**
**Plainfield, CT 06374**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/20/2021

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  2206

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,837.22 |
|---|---|---|---|

**Joshua Devercelly**
**43 Eager Road**
**North Franklin, CT 06254**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/06/2021

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  2225

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Justin & Shannon Church**
**71 Bush Hill Road**
**Lebanon, CT 06249**

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/19/2021

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Last 4 digits of account number  2172

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Roy's Pools, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,083.33 |
|---|---|---|---|

Kevin Sansouci
261 Pine Hill Road
Sterling, CT 06377

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  03/12/2021
Last 4 digits of account number  2196

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,000.00 |
|---|---|---|---|

Lee Parker
52 Campbell Drive
Canterbury, CT 06331

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,834.27 |
|---|---|---|---|

Michelle Saez
343 South Street
Brooklyn, CT 06234

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  02/18/2021
Last 4 digits of account number  2180

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,279.00 |
|---|---|---|---|

Mike & Leslie Holda
120 Snakemeadow Hill Road
Sterling, CT 06377

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  08/06/2021
Last 4 digits of account number  3175

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,316.21 |
|---|---|---|---|

Mike Plummer
520 Snake Meadow Hill Road
Sterling, CT 06377

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,693.67 |
|---|---|---|---|

Mike Wheeler
340 Packer Road
Mystic, CT 06355

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  04/23/2021
Last 4 digits of account number  2257

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,650.52 |
|---|---|---|---|

Nick & Jamie Hughes
155 Tom Wheeler Rd
North Stonington, CT 06359

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  _
Last 4 digits of account number  _

Basis for the claim:  Estimated unfinished Pool/Deck Installation

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Roy's Pools, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,000.00** |
|---|---|---|---|
| | **Phoenix Products Company, Inc.** | ☐ Contingent | |
| | **Attn: President/CEO** | ☐ Unliquidated | |
| | **55 Container Drive** | ☐ Disputed | |
| | **Terryville, CT 06786** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number **R160** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|
| | **Radiant Pools** | | |
| | **Trojan Leisure Products, LLC** | ☐ Contingent | |
| | **Attn: President/CEO** | ☐ Unliquidated | |
| | **440 North Pearl Street** | ☐ Disputed | |
| | **Albany, NY 12207** | | |
| | Date(s) debt was incurred **05/21-6/21** | **Basis for the claim:** **Vendor Bill** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,892.95** |
|---|---|---|---|
| | **Renee L. Stabach** | ☐ Contingent | |
| | **67 Bushnell Road** | ■ Unliquidated | |
| | **Jewett City, CT 06351** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Estimated unfinished Pool/Deck Installation** | |
| | Last 4 digits of account number **2558** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$27,112.87** |
|---|---|---|---|
| | **Robert & Nicole Ingram** | ☐ Contingent | |
| | **51 Mohegan Drive** | ■ Unliquidated | |
| | **Jewett City, CT 06351** | ☐ Disputed | |
| | Date(s) debt was incurred **03/03/2021** | **Basis for the claim:** **Estimated unfinished Pool/Deck Installation** | |
| | Last 4 digits of account number **2189** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,408.05** |
|---|---|---|---|
| | **Robert Yater** | ☐ Contingent | |
| | **27 Victoria Drive** | ■ Unliquidated | |
| | **Moosup, CT 06354** | ☐ Disputed | |
| | Date(s) debt was incurred **04/22/2021** | **Basis for the claim:** **Estimated unfinished Pool/Deck Installation** | |
| | Last 4 digits of account number **2255** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$22,000.00** |
|---|---|---|---|
| | **SCP Distributors, LLC** | ☐ Contingent | |
| | **436 Hayden Station Road** | ☐ Unliquidated | |
| | **Windsor, CT 06095** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor Bill** | |
| | Last 4 digits of account number **3695** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$11,133.37** |
|---|---|---|---|
| | **Sherri Soucy** | ☐ Contingent | |
| | **251 Christian Hill Road** | ■ Unliquidated | |
| | **Brooklyn, CT 06234** | ☐ Disputed | |
| | Date(s) debt was incurred **03/13/2021** | **Basis for the claim:** **Estimated unfinished Pool/Deck Installation** | |
| | Last 4 digits of account number **2202** | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Roy's Pools, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,069.54** |
|---|---|---|---|
| | **Steve St. Jean** | ☐ Contingent | |
| | **14 South Street** | ■ Unliquidated | |
| | **Plainfield, CT 06374** | ☐ Disputed | |
| | Date(s) debt was incurred  03/27/2021 | Basis for the claim:  Estimated unfinished Pool/Deck Installation | |
| | Last 4 digits of account number  2213 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,779.43** |
|---|---|---|---|
| | **Susan Dwonczyk** | ☐ Contingent | |
| | **206 Mell Road** | ■ Unliquidated | |
| | **Jewett City, CT 06351** | ☐ Disputed | |
| | Date(s) debt was incurred  03/19/2021 | Basis for the claim:  Estimated unfinished Pool/Deck Installation | |
| | Last 4 digits of account number  9492 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Tim & Wendy Moriarty** | ☐ Contingent | |
| | **125 Evergreen Road** | ■ Unliquidated | |
| | **Vernon Rockville, CT 06066** | ☐ Disputed | |
| | Date(s) debt was incurred  03/04/2021 | Basis for the claim:  Estimated unfinished Pool/Deck Installation | |
| | Last 4 digits of account number  2191 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **Tracy Tomczik** | ☐ Contingent | |
| | **19 Idaho Street** | ■ Unliquidated | |
| | **Oakdale, CT 06370** | ☐ Disputed | |
| | Date(s) debt was incurred  12/07/2020 | Basis for the claim:  Estimated unfinished Pool/Deck Installation | |
| | Last 4 digits of account number  2161 | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,000.00** |
|---|---|---|---|
| | **Victor Cholewa** | ☐ Contingent | |
| | **41 Pachaug River Drive** | ■ Unliquidated | |
| | **Jewett City, CT 06351** | ☐ Disputed | |
| | Date(s) debt was incurred  03/17/2021 | Basis for the claim:  Estimated unfinished Pool/Deck Installation | |
| | Last 4 digits of account number  2203 | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Brown, Paindiris & Scott, LLP**<br>**Attn: Santolo L. Odierna, Esq.**<br>**2252 Main Street**<br>**Glastonbury, CT 06033** | Line  3.23<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Geraghty & Bonnano LLC**<br>**Attn: Jonathan Friedler**<br>**21 Montauk Avenue**<br>**P.O. Box 231**<br>**New London, CT 06320** | Line  3.34<br><br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Roy's Pools, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.3 | **Kearns, Brinen & Monaghan**<br>**John Lockwood**<br>**20 E. Division St. 2nd Floor**<br>**Dover, DE 19901** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law Office of Brian S. Mead**<br>**PO Box 508**<br>**148 Old Turnpike Road**<br>**Quinebaug, CT 06262** | Line **3.8**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Law Office of Weiss & Stamper,**<br>**133 School Street**<br>**Danielson, CT 06239** | Line **3.26**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Law Offices of**<br>**Cicchiello & Cicchiello**<br>**582 W Main Street**<br>**Norwich, CT 06360** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Law Offices of Sean Donohue**<br>**111 Huntington Street**<br>**Suite 1**<br>**New London, CT 06320** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 21,734.16 |
| **5b. Total claims from Part 2** | 5b. + $ | 470,796.16 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. $ | 492,530.32 |

**Fill in this information to identify the case:**

Debtor name  **Roy's Pools, LLC**

United States Bankruptcy Court for the:  DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal       Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Roy's Pools, LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)  _____

☐ Check if this is an
  amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brian T. Roy** | **514 Sterling Road**<br>**Canterbury, CT 06331** | **SCP Distributors, LLC** | ☐ D _____<br>■ E/F   **3.36**<br>☐ G _____ |
| 2.2 | **Joe Julian** | **341 Clubhouse Road**<br>**Lebanon, CT 06249** | **SCP Distributors, LLC** | ☐ D _____<br>■ E/F   **3.36**<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name       **Roy's Pools, LLC**

United States Bankruptcy Court for the:   DISTRICT OF CONNECTICUT

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).

**Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$886,178.00** |
| **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$821,850.00** |
| **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other _____ | **$45,449.82** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Roy's Pools, LLC** | Case number *(if known)* | |
|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ally**<br>**Attn: President/ CEO**<br>**P.O. Box 380902**<br>**Bloomington, MN 55438-0902** | **2020 Chevrolet Silvverado 3500**<br>**Last 4 Digits of VIN# 4155**<br>**Blue (Ally picked up the Truck)** | | $50,930.00 |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None.

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Marsh, Avery vs. Roy's Pools, LLC**<br>**CV21-6054066** | **Small Claims Contract - Home Improvement** | **New London Superior Court**<br>**70 Huntington Street**<br>**New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Stabach, Renee L. v. Roy's Pools, LLC**<br>**CV21-5022558** | **Small Claims Contract** | **New London Superior Court**<br>**70 Huntington Street**<br>**New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | **Cunnane, Darlene vs. Roy's Pools, LLC**<br>**CV21-6050837** | **Small Claims - Contract** | **New London Superior Court**<br>**70 Huntington Street**<br>**New London, CT 06320** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Beckman, Cindy vs. Roy's Pools, LLC**<br>**CV20-6020583** | **Contracts** | **Putnam Superior Court**<br>**155 Church Street**<br>**Putnam, CT 06260** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Roy's Pools, LLC**                                        Case number *(if known)*

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | **Saez, Michelle vs. Roy's Pools, LLC**<br>CV21-6023167 | **Contracts** | **Putnam Superior Court**<br>**155 Church Street**<br>**Putnam, CT 06260** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Ingram, Robert et al. vs. Roy's Pools, LLC**<br>CV21-6022962 | **Contracts** | **Putnam Superior Court**<br>**155 Church Street**<br>**Putnam, CT 06260** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Debtor | Roy's Pools, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Advanced Bankruptcy Legal Services of Co 1 Regency Drive Suite 200B Bloomfield, CT 06002 | Attorney Fees | 10/06/2021 | $4,000.00 |
| | Email or website address garcaro@grafsteinlaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

| Debtor | **Roy's Pools, LLC** | Case number *(if known)* | |
|---|---|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

- ☑ No.
- ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ☑ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Justin & Shannon Church**<br>**71 Bush Hill Road**<br>**Lebanon, CT 06249** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool Equipment at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Holly Deffley**<br>**449 Newport Rd**<br>**Oneco, CT 06373** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Package at store** | **Unknown** |

Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

Debtor   **Roy's Pools, LLC** _____   Case number *(if known)* _____

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Joshua Devercelly**<br>**43 Eager Road**<br>**North Franklin, CT 06254** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Liner** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Nick & Jamie Hughes**<br>**155 Tom Wheeler Rd**<br>**North Stonington, CT 06359** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Package at Store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Robert & Nicole Ingram**<br>**51 Mohegan Drive**<br>**Jewett City, CT 06351** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool Equipment at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Brian & Michaela Jedele**<br>**245 Brooklyn Road**<br>**Canterbury, CT 06331** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool Equipment at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lee Parker**<br>**52 Campbell Drive**<br>**Canterbury, CT 06331** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool Equipment at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Elaine Reuter**<br>**24 Fortin Drive**<br>**Brooklyn, CT 06234** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Michelle Saez**<br>**343 South Street**<br>**Brooklyn, CT 06234** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool and package at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Bernie Santore**<br>**749 Ocean Avenue**<br>**New London, CT 06320** | **570 Putnam Road**<br>**Danielson, CT 06239** | **Pool & Equipment at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Becky Smith**<br>**43 Henry Road**<br>**Danielson, CT 06239** | **7 Plainfield Road**<br>**Canterbury, CT 06331** | **Pool at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Elizabeth Smith**<br>**16 East Franklyn Street**<br>**Danielson, CT 06239** | **570 Putnam Road**<br>**Danielson, CT 06239** | **Equipment at both locations** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Sherri Soucy**<br>**251 Christian Hill Road**<br>**Brooklyn, CT 06234** | **570 Putnam Road**<br>**Danielson, CT 06239** | **Package at store** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Steve St. Jean**<br>**14 South Street**<br>**Plainfield, CT 06374** | **7 Planfield Road**<br>**Canterbury, CT 06331** | **Pool at store** | **Unknown** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Roy's Pools, LLC**                     Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Ashley Verhagen<br>31 Strawberry Street<br>Jewett City, CT 06351 | 7 Plainfield Road<br>Canterbury, CT 06331 | Pool Equipment at store | Unknown |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| Mike Wheeler<br>340 Packer Road<br>Mystic, CT 06355 | 570 Putnam Road<br>Danielson, CT 06239 | Pool at store | Unknown |

**Part 12:**    **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                     

Debtor    **Roy's Pools, LLC**                                                    Case number *(if known)*

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Garvey, Steele & Bancroft<br>211 Kennedy Drive<br>Putnam, CT 06260** | **2019-2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brian T. Roy** | **514 Sterling Road<br>Sterling, CT 06377** | **Member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Christina Roy** | **514 Sterling Road<br>Sterling, CT 06377** | **Member** | **50%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Debtor | Roy's Pools, LLC | Case number (if known) | |
|---|---|---|---|

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 30, 2021**

**/s/ Brian T Roy**                                                   **Brian T Roy**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor     **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Connecticut

In re **Roy's Pools, LLC** _____    Case No. _____

_____    Chapter    **7**
                                            Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____ **4,000.00**

    Prior to the filing of this statement I have received _____  $ _____ **4,000.00**

    Balance Due _____  $ _____ **0.00**

2.  $ __**338.00**__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Reference is hereby made to the Chapter 7 Bankruptcy Retainer Agreement dated October 6, 2021, signed by the
        debtor and the undersigned providing description of services and compensation to be paid based on an hourly
        rate of $400.00.**

        **The fee noted above DOES NOT include Representation of the debtor in a Contested Matter or Adversary
        Proceedings.  Representation in Contested Matter or Adversary Proceedings requires a separate attorney's fee to
        be paid on an hourly rate retainer basis, which is in addition to the fee referenced in this Disclosure of
        Compensation of Attorney for Debtor. The undersigned attorney is not responsible, nor obligated in any way, to
        undertake representation of the debtor in any Contested Matter or Adversary Proceeding, unless separately
        retained to do so.**

        **Contested Matters and Adversary Proceedings include, but are not limited to, Section 523(a) Exception to
        Discharge; Section 727(a) Denial of Discharge; Section 522(f) Avoid Fixing of Judicial Lien; Part VII Rules
        Adversary Proceeding; Contested Exemption Claim; Motion to Abandon Estate Property; Reaffirmation
        Agreement Approval Hearings; Motion to Redeem Collateral from Lien; Rule 2004 Exams.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **All services contemplated to be provided by the undersigned Attorney shall be and are hereby limited to legal
        representation afforded the Client in the United States Bankruptcy Courts, District of Connecticut pertaining to
        the Chapter 7 Case described above.  Under no circumstances shall this Agreement be construed to impose a
        professional obligation or duty upon the Attorney to represent the client in related or unrelated matters which
        matters are in the proper jurisdiction of the Superior Courts of the State of Connecticut.**

In re    **Roy's Pools, LLC**                                        Case No. _____
                    Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

| |
|---|
| **CERTIFICATION** |

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 30, 2021**                              **/s/ Gregory F. Arcaro, Esq.**
*Date*                                                     **Gregory F. Arcaro, Esq.**
                                                               *Signature of Attorney*
                                                               **Advanced Bankruptcy Legal Services of Connecticut**
                                                               **1 Regency Drive**
                                                               **Suite 200B**
                                                               **Bloomfield, CT 06002**
                                                               **860-242-0574  Fax: 860-676-9168**
                                                               **garcaro@grafsteinlaw.com**
                                                               *Name of law firm*

# United States Bankruptcy Court
## District of Connecticut

In re    **Roy's Pools, LLC**

Debtor(s)

Case No.

Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 30, 2021**

**/s/ Brian T Roy**

**Brian T Roy**/**Member**
Signer/Title

```
Ally
Attn: President/ CEO
P.O. Box 380902
Bloomington, MN 55438-0902


AmTrust Financial
Attn: President/CEO
800 Superior Avenue E
Cleveland, OH 44114


Ashley Verhagen
31 Strawberry Street
Jewett City, CT 06351


Avery & Katie Marsh
245 Krug Road
Preston, CT 06365


Baystate Pool Supplies
Attn: President/CEO
1360 Blue Hills Ave
Bloomfield, CT 06002


Becky Smith
43 Henry Road
Danielson, CT 06239


Bernie Santore
749 Ocean Avenue
New London, CT 06320


Bill Mason
58 Tourtellotte Road
Putnam, CT 06260


Bob Smith
24 George Street
Plainfield, CT 06374


Brian & Michaela Jedele
245 Brooklyn Road
Canterbury, CT 06331
```

Brian T. Roy
514 Sterling Road
Canterbury, CT 06331


Brown, Paindiris & Scott, LLP
Attn: Santolo L. Odierna, Esq.
2252 Main Street
Glastonbury, CT 06033


Darlene Cunnane
164 Kimball Road
Jewett City, CT 06351


Darlene Patton
593 Canterbury TPKE
Norwich, CT 06360


Dennis Almida
185 Kendall Road
Jewett City, CT 06351


Doug & Michelle Hoyt
2 Deer Lane
Ledyard, CT 06339


Eastern CT Savings Bank
Attn: President/CEO
257 Main Street
Norwich, CT 06360


Edward & Shivanie Staples
60 Longmeadow Drive
Pomfret Center, CT 06259


Elaine Reuter
24 Fortin Drive
Brooklyn, CT 06234


Elizabeth Smith
16 East Franklyn Street
Danielson, CT 06239

Geraghty & Bonnano LLC
Attn: Jonathan Friedler
21 Montauk Avenue
P.O. Box 231
New London, CT 06320


GM Financial
Attn: President/ CEO
P.O. Box 183123
Arlington, TX 76096-3123


Hall Communications, Inc.
Attn: President/CEO
40 Cuprak Rd
Norwich, CT 06360


Holly Deffley
449 Newport Rd
Oneco, CT 06373


Joe Julian
341 Clubhouse Road
Lebanon, CT 06249


Josh Jacobs
1 Hanson Road
Plainfield, CT 06374


Joshua Devercelly
43 Eager Road
North Franklin, CT 06254


Justin & Shannon Church
71 Bush Hill Road
Lebanon, CT 06249


Kearns, Brinen & Monaghan
John Lockwood
20 E. Division St. 2nd Floor
Dover, DE 19901


Kevin Sansouci
261 PIne Hill Road
Sterling, CT 06377

Law Office of Brian S. Mead
PO Box 508
148 Old Turnpike Road
Quinebaug, CT 06262


Law Office of Weiss & Stamper,
133 School Street
Danielson, CT 06239


Law Offices of
Cicchiello & Cicchiello
582 W Main Street
Norwich, CT 06360


Law Offices of Sean Donohue
111 Huntington Street
Suite 1
New London, CT 06320


Lee Parker
52 Campbell Drive
Canterbury, CT 06331


Michelle Saez
343 South Street
Brooklyn, CT 06234


Mike & Leslie Holda
120 Snakemeadow Hill Road
Sterling, CT 06377


Mike Plummer
520 Snake Meadow Hill Road
Sterling, CT 06377


Mike Wheeler
340 Packer Road
Mystic, CT 06355


Nick & Jamie Hughes
155 Tom Wheeler Rd
North Stonington, CT 06359

Phoenix Products Company, Inc.
Attn: President/CEO
55 Container Drive
Terryville, CT 06786


Radiant Pools
Trojan Leisure Products, LLC
Attn: President/CEO
440 North Pearl Street
Albany, NY 12207


Renee L. Stabach
67 Bushnell Road
Jewett City, CT 06351


Robert & Nicole Ingram
51 Mohegan Drive
Jewett City, CT 06351


Robert Yater
27 Victoria Drive
Moosup, CT 06354


SCP Distributors, LLC
436 Hayden Station Road
Windsor, CT 06095


Sherri Soucy
251 Christian Hill Road
Brooklyn, CT 06234


State of Connecticut
Department of Revenue Services
Attn: Revenue Officer
450 Columbus Blvd. Ste.1
Hartford, CT 06103


Steve St. Jean
14 South Street
Plainfield, CT 06374


Susan Dwonczyk
206 Mell Road
Jewett City, CT 06351

Tim & Wendy Moriarty
125 Evergreen Road
Vernon Rockville, CT 06066

Tracy Tomczik
19 Idaho Street
Oakdale, CT 06370

Victor Cholewa
41 Pachaug River Drive
Jewett City, CT 06351

# United States Bankruptcy Court
## District of Connecticut

In re    **Roy's Pools, LLC**
_____    Case No. _____
Debtor(s)    Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Roy's Pools, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 30, 2021**
_____
Date

**/s/ Gregory F. Arcaro, Esq.**
_____
**Gregory F. Arcaro, Esq.**
Signature of Attorney or Litigant
Counsel for    **Roy's Pools, LLC**
_____
**Advanced Bankruptcy Legal Services of Connecticut**
**1 Regency Drive**
**Suite 200B**
**Bloomfield, CT 06002**
**860-242-0574 Fax:860-676-9168**
**garcaro@grafsteinlaw.com**